UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 99-0509-CR-DMM

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                                 **SATISFACTION OF JUDGMENT**

ROYAL CARIBBEAN CRUISES,

    Defendant.
_____/

The criminal monetary impositions having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

                                                Respectfully Submitted,

                                                R. ALEXANDER ACOSTA
                                                UNITED STATES ATTORNEY

                                                s/Elizabeth Ruf Stein
                                            By: ELIZABETH RUF STEIN(354945)
                                                ASSISTANT U.S. ATTORNEY
                                                Elizabeth.Stein@usdoj.gov
This Instrument Was Prepared By:        99 N.E. FOURTH STREET
                                                Miami, Florida 33132
                                                Tel No: (305) 961-9313
                                                Fax No:(305) 530-7195
                                                Attorney for the Plaintiff